UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO _____

BOCAVOX LLC,

       Plaintiff,

v.

EDMENTUM, INC.,

       Defendants.

JURY TRIAL DEMANDED

## COMPLAINT

Plaintiff, BocaVox LLC ("BocaVox"), hereby files this Complaint against Defendant Edmentum, Inc., ("EDM") and states:

### PARTIES, JURISDICTION AND VENUE

1. BocaVox LLC is a Florida limited liability company with its principal place of business at in Weston, Florida.

2. Defendant EDM is a Delaware corporation with its principal place of business in Minnesota.

3. Jurisdiction in this Court is proper pursuant to 28 U.S.C. § 1332 because diversity exists between the parties and the amount in controversy exceeds $75,000.00 exclusive of costs, fees, and interest.

4. Defendant EDM is subject to the personal jurisdiction of this Court because it breached a contract in this state, and because EDM agreed to jurisdiction in this state pursuant to the contract at issue between the parties.

5. Venue is proper pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claim occurred in this district, and because the parties agreed to venue in this district pursuant to the contract at issue between the parties.

## GENERAL ALLEGATIONS

6. BocaVox is a small business based in Weston, Florida, that developed an education platform, Maestro SIS, to provide academic institutions with a software to facilitate administration of online learning. BocaVox combines experience from both education and software design to create a platform that is effective and functional for schools and other educators.

7. Maestro SIS performs the administrative functions related to online classes and online schools, including storing student information, allowing enrollments into classes, and allowing teachers to communicate with the students.

8. EDM is a company that sells virtual classes and related services to schools throughout the country. BocaVox began licensing its Maestro SIS platform to EDM in July 2016. A copy of the BocaVox, LLC Software Development & License Agreement (the "License Agreement") is attached as **Exhibit A**.

9. Under the License Agreement, EDM agreed to pay certain fees, including an annual hosting fee, as well as a $3.00 per enrollment (an "enrollment" is one student entered into one class in a Learning Management System ("LMS") platform), with a minimum of 12,000 annual enrollments.

10. In 2016, EDM had approximately 20,000 enrollments.

11. To adjust to EDM's heavy use of the system and the burden it placed on BocaVox and BocaVox's other customers, the parties agreed to amend the License Agreement in May 2019.

A copy of the First Amendment to the Software Development and License Agreement dated July 21, 2016 (the "Amendment") is attached as **Exhibit B**.[1]

12. Among other things, the Amendment placed EDM in a dedicated environment, and the fees EDM was to pay were modified to cover the cost. EDM also agreed to pay $3.00 per enrollment, with a minimum of 36,000 annual enrollments, but if EDM's enrollments exceeded 80,000, the fee per enrollment would drop to $2.70.

13. Additionally, BocaVox had the option to request additional fees to scale up its infrastructure, but not until EDM's enrollments for a year exceeded 80,000.

14. Finally, the Amendment set out the payment schedule for EDM. For 2020, BocaVox would invoice EDM on August 31, 2020 for enrollments in excess of 18,000 for the period February 1, 2020 to July 31, 2020. EDM was required to pay within 20 days of receipt of the invoice. For enrollments for the period August 1, 2020 to January 31, 2021, BocaVox would invoice EDM on March 1, 2021 and EDM was required to pay within 20 days of receipt of the invoice.

15. EDM's highest total number of annual enrollments prior to August 2020 was approximately 56,000.

16. In May 2020, EDM indicated to BocaVox that it expected some growth over the summer, but many of the enrollments would be short-term so it wanted to revisit the discount to reduce the cost for those short-term enrollments.

17. In July 2020, EDM had 5,000 new enrollments, increasing the total enrollments for the year to 46,524. However, by July 31, 2021, the number of active enrollments were only 11,700.

---

[1] Collectively, the License Agreement and the Amendment will be referred to as the "Agreement."

18. During the summer of 2020, BocaVox asked EDM on multiple occasions how many enrollments EDM expected in the coming months, but EDM provided no information.

19. On July 31, 2020, there were 11,700 active enrolments in the site. In August 2020, EDM increased its enrollments by more than 229,000.

20. In adding, modifying, and using the new enrollments, EDM employees and contractors repeatedly made errors and abused the system in ways that slowed down the enrollments process and the system as a whole, including but not limited to making repeated attempts to do large bulk uploads of incorrectly formatted data.

21. Despite the unprecedented explosion of enrollments and EDM's mistakes, BocaVox quickly added the necessary infrastructure, corrected EDM's mistakes, and enrolled the students.

22. EDM verbally confirmed that BocaVox could make the necessary infrastructure purchases, and EDM would reimburse BocaVox for the costs.

23. In less than a month, BocaVox enrolled EDM's students into more than 229,000 courses on the LMS platforms and increased its infrastructure to accommodate the unprecedented usage, yet EDM chose to move the enrollments to a competitor. Because BocaVox had already completed the enrollments in the LMS platforms, EDM benefited by not needing to reenroll the students, and instead using BocaVox's completed work.

24. On March 1, 2021, following the terms of the Agreement, BocaVox issued an invoice for the enrollments as well as the additional infrastructure and support BocaVox was forced to obtain to handle the enrollment explosion.

25. Despite BocaVox's performance, EDM has not paid the amounts owed.

26. Pursuant to the terms of the Agreement, on May 1, 2021, BocaVox issued an invoice for late fees. EDM has not paid the invoice.

27. All conditions precedent to this action have been satisfied.

## COUNT ONE: BREACH OF CONTRACT

28. BocaVox reasserts the allegations set forth in Paragraphs 1 through 27 as though fully set forth herein.

29. BocaVox and EDM entered into the Agreement, in which EDM agreed to pay BocaVox, among other things, for each enrollment, as well as additional amounts for additional infrastructure as needed.

30. BocaVox performed its obligations under the Agreement.

31. EDM materially breached the Agreement by failing to pay the amounts due to BocaVox.

32. BocaVox has been damaged by EDM's breaches.

WHEREFORE, BocaVox respectfully requests that this Court enter final judgment in favor of BocaVox and against EDM, awarding BocaVox all damages associated with EDM's breaches of the Agreement, in an amount to be determined at trial, and such further relief as this Court deems just and proper.

## COUNT II: UNJUST ENRICHMENT

33. BocaVox reasserts the allegations set forth in Paragraphs 1 through 27 as though fully set forth herein

34. In the alternative to Count I, even if EDM is relieved from its obligations to pay BocaVox pursuant to the terms of the Agreement, EDM has received a benefit from BocaVox's actions that would be unjust to allow EDM to retain without first paying BocaVox the value.

35. BocaVox conferred a benefit on EDM in excess of $75,000 by enrolling tens of thousands of students in courses for EDM between August 2020 and January 21, 2021.

36. EDM voluntarily accepted and retained this benefit.

37. Under the circumstances, it would be inequitable for EDM to retain the benefits without first paying the value thereof to BocaVox.

WHEREFORE, BocaVox respectfully requests that this Court enter final judgment in favor of BocaVox and against EDM, awarding BocaVox the amount of the value of the benefit BocaVox conferred, in an amount to be determined at trial, and such further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

BocaVox demands a trial by jury on all triable issues.

Respectfully submitted May 21, 2021.

/s/ *John W. Terwilleger*
**JOHN W. TERWILLEGER**
Florida Bar No. 107095
E-Mail:  jterwilleger@gunster.com
              dpeterson@gunster.com
GUNSTER, YOAKLEY & STEWART, P.A.
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL  33401-6194
Telephone:     561-655-1980
Facsimile:     561-655-5677
***Counsel for Plaintiff***

ACTIVE:13257666.1